| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-16123-PMM

William R. Troutman
Abigail C. Troutman
238 Shamrock Drive
Mount Joy  PA    17552

Petition Filed Date: 09/30/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 03/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $445.00 | | 02/04/2020 | $445.00 | | 03/09/2020 | $445.00 | |
| 04/06/2020 | $445.00 | | 05/05/2020 | $445.00 | | 06/05/2020 | $445.00 | |
| 07/06/2020 | $445.00 | | 08/04/2020 | $445.00 | | 09/04/2020 | $445.00 | |
| 10/05/2020 | $445.00 | | 11/04/2020 | $445.00 | | 12/07/2020 | $445.00 | |
| 01/05/2021 | $445.00 | | 02/04/2021 | $445.00 | | 03/08/2021 | $445.00 | |
| 04/05/2021 | $445.00 | | 05/05/2021 | $445.00 | | 06/07/2021 | $445.00 | |

**Total Receipts for the Period:  $8,010.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $8,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | CARMAX AUTO FINANCE dba CARMAX BUSINESS SERVICES<br>»» 001 | Secured Creditors | $444.27 | $444.27 | $0.00 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $14,257.38 | $760.01 | $13,497.37 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $1,077.76 | $47.01 | $1,030.75 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $5,510.50 | $293.74 | $5,216.76 |
| 5 | FIRST NATIONAL BANK OMAHA<br>»» 005 | Unsecured Creditors | $4,590.83 | $244.73 | $4,346.10 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $16,930.84 | $902.51 | $16,028.33 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $2,989.52 | $145.11 | $2,844.41 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $10,834.16 | $577.55 | $10,256.61 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC.<br>»» 009 | Unsecured Creditors | $1,059.32 | $51.42 | $1,007.90 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC.<br>»» 010 | Unsecured Creditors | $11,482.63 | $612.07 | $10,870.56 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC.<br>»» 011 | Unsecured Creditors | $7,918.73 | $422.13 | $7,496.60 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $4,401.40 | $234.63 | $4,166.77 |
| 13 | FLAGSTAR BANK<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16123-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SYNCHRONY BANK »» 014 | Unsecured Creditors | $2,944.27 | $142.94 | $2,801.33 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,900.00 | Current Monthly Payment: | $445.00 |
| Paid to Claims: | $7,688.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $767.60 | Total Plan Base: | $26,700.00 |
| Funds on Hand: | $444.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.