Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-16123-PMM**

William R. Troutman  
Abigail C. Troutman  
238 Shamrock Drive  
Mount Joy  PA    17552

Petition Filed Date: 09/30/2019  
341 Hearing Date: 11/12/2019  
Confirmation Date: 03/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $445.00 | | 05/05/2021 | $445.00 | | 06/07/2021 | $445.00 | |
| 07/06/2021 | $445.00 | | 08/04/2021 | $445.00 | | 09/07/2021 | $445.00 | |
| 10/05/2021 | $445.00 | | 11/04/2021 | $445.00 | | 12/06/2021 | $445.00 | |
| 01/04/2022 | $445.00 | | 02/04/2022 | $445.00 | | 03/07/2022 | $445.00 | |
| 04/04/2022 | $445.00 | | 05/05/2022 | $445.00 | | 06/07/2022 | $445.00 | |
| 07/06/2022 | $445.00 | | | | | | | |

**Total Receipts for the Period: $7,120.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,685.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | CARMAX AUTO FINANCE dba CARMAX BUSINESS SERVICES<br>»» 001 | Secured Creditors | $444.27 | $444.27 | $0.00 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $14,257.38 | $1,726.83 | $12,530.55 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $1,077.76 | $125.27 | $952.49 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $5,510.50 | $667.42 | $4,843.08 |
| 5 | FIRST NATIONAL BANK OMAHA<br>»» 005 | Unsecured Creditors | $4,590.83 | $556.06 | $4,034.77 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $16,930.84 | $2,050.59 | $14,880.25 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $2,989.52 | $347.49 | $2,642.03 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $10,834.16 | $1,312.26 | $9,521.90 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $1,059.32 | $128.27 | $931.05 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $11,482.63 | $1,390.74 | $10,091.89 |
| 11 | MIDLAND CREDIT MANAGEMENT INC<br>»» 011 | Unsecured Creditors | $7,918.73 | $959.14 | $6,959.59 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $4,401.40 | $533.09 | $3,868.31 |
| 13 | FLAGSTAR BANK<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $2,944.27 | $342.29 | $2,601.98 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,685.00 | Current Monthly Payment: | $445.00 |
| Paid to Claims: | $13,393.72 | Arrearages: | $445.00 |
| Paid to Trustee: | $1,257.10 | Total Plan Base: | $26,700.00 |
| Funds on Hand: | $34.18 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.