| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-16123-PMM

William R. Troutman
Abigail C. Troutman
238 Shamrock Drive
Mount Joy  PA   17552

Petition Filed Date: 09/30/2019
341 Hearing Date: 11/12/2019
Confirmation Date: 03/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $445.00 |  | 09/06/2022 | $445.00 |  | 10/05/2022 | $445.00 |  |
| 11/04/2022 | $445.00 |  | 12/05/2022 | $445.00 |  | 01/05/2023 | $445.00 |  |
| 02/06/2023 | $445.00 |  | 03/07/2023 | $445.00 |  | 04/04/2023 | $445.00 |  |
| 05/05/2023 | $445.00 |  | 06/06/2023 | $445.00 |  | 07/06/2023 | $445.00 |  |

**Total Receipts for the Period: $5,340.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,470.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | CARMAX AUTO FINANCE dba CARMAX BUSINESS SERVICES »» 001 | Secured Creditors | $444.27 | $444.27 | $0.00 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $14,257.38 | $2,557.68 | $11,699.70 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $1,077.76 | $188.12 | $889.64 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $5,510.50 | $988.58 | $4,521.92 |
| 5 | FIRST NATIONAL BANK OMAHA »» 005 | Unsecured Creditors | $4,590.83 | $823.60 | $3,767.23 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $16,930.84 | $3,037.24 | $13,893.60 |
| 7 | CAPITAL ONE NA »» 007 | Unsecured Creditors | $2,989.52 | $521.85 | $2,467.67 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $10,834.16 | $1,943.63 | $8,890.53 |
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $1,059.32 | $189.99 | $869.33 |
| 10 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $11,482.63 | $2,059.92 | $9,422.71 |
| 11 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $7,918.73 | $1,420.64 | $6,498.09 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $4,401.40 | $789.57 | $3,611.83 |
| 13 | FLAGSTAR BANK »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SYNCHRONY BANK »» 014 | Unsecured Creditors | $2,944.27 | $514.01 | $2,430.26 |

**Chapter 13 Case No. 19-16123-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,470.00 | Current Monthly Payment: | $445.00 |
| Paid to Claims: | $18,289.10 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,742.15 | Total Plan Base: | $26,700.00 |
| Funds on Hand: | $438.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.