| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16123-PMM**

William R. Troutman                                                 Petition Filed Date: 09/30/2019
Abigail C. Troutman                                                 341 Hearing Date: 11/12/2019
238 Shamrock Drive                                                  Confirmation Date: 03/12/2020
Mount Joy  PA   17552

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $445.00 | | 09/05/2023 | $445.00 | | 10/05/2023 | $445.00 | |
| 11/06/2023 | $445.00 | | 12/05/2023 | $445.00 | | 01/05/2024 | $445.00 | |
| 02/05/2024 | $445.00 | | 03/06/2024 | $445.00 | | 04/04/2024 | $445.00 | |
| 05/06/2024 | $445.00 | | 06/04/2024 | $445.00 | | 07/08/2024 | $445.00 | |

**Total Receipts for the Period: $5,340.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,810.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | CARMAX AUTO FINANCE »» 001 | Secured Creditors | $444.27 | $444.27 | $0.00 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $14,257.38 | $3,442.92 | $10,814.46 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $1,077.76 | $249.98 | $827.78 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $5,510.50 | $1,330.69 | $4,179.81 |
| 5 | FIRST NATIONAL BANK OMAHA »» 005 | Unsecured Creditors | $4,590.83 | $1,108.65 | $3,482.18 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $16,930.84 | $4,088.43 | $12,842.41 |
| 7 | CAPITAL ONE NA »» 007 | Unsecured Creditors | $2,989.52 | $721.83 | $2,267.69 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $10,834.16 | $2,616.34 | $8,217.82 |
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $1,059.32 | $250.71 | $808.61 |
| 10 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $11,482.63 | $2,772.89 | $8,709.74 |
| 11 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $7,918.73 | $1,912.35 | $6,006.38 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $4,401.40 | $1,062.89 | $3,338.51 |
| 13 | FLAGSTAR BANK »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SYNCHRONY BANK »» 014 | Unsecured Creditors | $2,944.27 | $711.02 | $2,233.25 |

Chapter 13 Case No. 19-16123-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,810.00 | Current Monthly Payment: | $445.00 |
| Paid to Claims: | $23,522.97 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,271.70 | Total Plan Base: | $26,700.00 |
| Funds on Hand: | $15.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.