United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William R. Troutman  
Abigail C. Troutman  
    Debtors

Case No. 19-16123-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William R. Troutman, Abigail C. Troutman, 238 Shamrock Drive, Mount Joy, PA 17552-9734 |
| 14397064 | + | Carmax, 1457 Mainheim Pike, Lancaster, PA 17601-3147 |
| 14405117 | | Flagstar Bank, FSB, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14397067 | + | Flagstar Mortgage, PO Box 660263, Dallas, TX 75266-0263 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 19 2024 00:03:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 19 2024 00:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14397062 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 19 2024 00:03:00 | Bank of Amercia, PO Box 15026, Wilmington, DE 19850-5026 |
| 14413945 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 19 2024 00:04:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14397063 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 19 2024 00:08:16 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 14401555 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 19 2024 00:03:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 14421534 | | Email/PDF: bncnotices@becket-lee.com | Oct 19 2024 00:21:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14397066 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2024 00:22:52 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14397068 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 19 2024 00:03:00 | FNB of Omaha, PO Box 3412, Omaha, NE 68103 |
| 14412640 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 19 2024 00:03:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14435751 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 19 2024 00:04:00 | FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098 |
| 14397069 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 19 2024 00:07:40 | Gap/Synchrony, PO Box 965003, Orlando, FL 32896-5003 |
| 14433684 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 19 2024 00:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14397065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 19 2024 00:22:22 | Chase, PO Box 15153, Wilmington, DE 19886 |

| | | | | |
|---|---|---|---|---|
| 14409026 | + | Email/Text: RASEBN@raslg.com | Oct 19 2024 00:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14397070 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2024 00:03:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14430435 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2024 00:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14427037 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2024 00:07:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14436065 | ^ | MEBN | Oct 19 2024 00:01:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794439 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 19 2024 00:07:41 | Synchrony Bank, AIS InfoSource,LP, 4515 N.Santa Fe, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Flagstar Bank  FSB bkgroup@kmllawgroup.com

MARIO J. HANYON
on behalf of Creditor Flagstar Bank  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
on behalf of Debtor William R. Troutman Tom@TomFleckenstein.com

THOMAS W. FLECKENSTEIN
on behalf of Joint Debtor Abigail C. Troutman Tom@TomFleckenstein.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Oct 18, 2024 Form ID: 138OBJ Total Noticed: 24
TOTAL: 7

*Form 138OBJ* (6/24)–doc 38 – 36

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )  <br> William R. Troutman  )  <br>  )  <br>  )  <br> Abigail C. Troutman  )  <br>  )  <br> Debtor(s).  ) | Case No. 19−16123−pmm  <br><br> Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 18, 2024                                            For The Court

                                                                 Timothy B. McGrath
                                                                 Clerk of Court